IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEAN M. YOUNG,

     Plaintiff,

                                              Case No.  20-cv-359-bbc

  v.

MAKDA FESSAHAYE, DOUGLAS G. PERCY,
L. WEBER, GARY BOUGHTON, JAEGER, E.
RAY, M. LARSON, MARK KARTMAN,
LARRY BROWN, LACEY L. DICKMAN,
BRINKMAN, COLLINS, HULCE,
SCULLION, THOMAS TAYLOR,
BEN TIERNEY, BLOYER, SHAUN FUNK,
WARD JR., CHAD WINGER, KEITH
WIEGEL, SHAWN GALLINGER, FEDIE JR.,
KIMBERLY FINNELL, MARLESHA
FISHNICK, DR. A. SIMCOX, DR. HEATHER
SCHWENN, DR. STACEY HOEM, ANGELA
MINK, DR. A. IBIROGBA, DR. RIBAULT,
JAMIE ADAMS, SHERYL KINYON, PEGGY
KINNEY, MICHAEL KEMERLING, JULIA
PINZ, and LEBBEUS BROWN,

     Defendants.

JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

|      /s/ |      9/30/2021 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |